UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ARMANDO JOSE MENDOZA,<br><br>        Defendant. | Case No. 2:18-cr-00294-APG-DJA<br><br>**Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant as to Armando Jose Mendoza** |

      Pursuant to Federal Rule of Criminal Procedure 48(a), and upon motion of the United States, the Court hereby dismisses without prejudice the Indictment as to defendant Armando Jose Mendoza, and quashes the issued arrest warrant.

      IT IS SO ORDERED:

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED:   April 16, 2021